UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BALDEMAR OROZCO VASQUEZ, | No. 1:26-cv-02874-DAD-EFB |
| Petitioner, | |
| v. | ORDER GRANTING PETITION FOR WRIT OF *HABEAS CORPUS* |
| WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER, et al., | (Doc. No. 1) |
| Respondents. | |

On April 16, 2026, petitioner, proceeding *pro se*, filed a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE"). (Doc. No. 1.) That same day, petitioner filed a motion for temporary restraining order. (Doc. No. 2.) On April 22, 2026, the court granted petitioner's motion for temporary restraining order in which the court ordered petitioner's immediate release and enjoined and restrained respondents from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a). (Doc. No. 7.) On June 21, 2026, respondents filed a request to submit the petition on the existing record without further briefing or documentation. (Doc. No. 8.)

/////

1

Accordingly, the court will grant petitioner's *habeas* petition for the reasons set forth in the court's prior orders in *Quichimbo-Jimenez v. Warden, California City Correctional Center*, 2:26-cv-00739-DAD-EFB (HC), 2026 WL 679378 (E.D. Cal. Mar. 10, 2026), *Cardenas v. Chestnut, et al.*, No. 1:26-cv-02073-DAD-SCR (HC), 2026 WL 785871 (E.D. Cal. Mar. 20, 2026), and *J.P.C. v. Chestnut, et al.*, 1:26-cv-02108-DAD-JDP, 2026 WL 788129 (E.D. Cal. Mar. 20, 2026).

For the reasons stated above,

1. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED;

2. The temporary restraining order previously granted by the court (Doc. No. 7) and requiring petitioner's release is CONVERTED to a permanent injunction; and

3. The Clerk of the Court is DIRECTED to enter judgement in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated:   **June 22, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE